Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Ave.
Costa Mesa, CA 92626
Phone: (800) 400-6808
FAX:  (800) 520-5523

Joshua B. Swigart, Esq. (SBN: 22557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Phone: (619) 233-7770
FAX: (619) 297-1022

*Attorneys for Plaintiffs Clarice M. Shadid and Lawrence D. Shadid,
on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarice M. Shadid and Lawrence D. Shadid, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>Wells Fargo Home Mortgage,<br><br>Defendant. | Case No.: 3:17-cv-01079-JCS<br><br>ORDER<br>**Stipulation of Dismissal with Prejudice as to Plaintiffs' Individual Claims and Without Prejudice as to the Putative Class Claims** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Clarice M. Shadid and Lawrence D. Shadid ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo," sued as "Wells Fargo Home Mortgage") hereby stipulate to (1) dismiss Plaintiffs' individual claims against Wells Fargo <u>with prejudice</u> and (2) dismiss the putative class claims against Wells Fargo <u>without prejudice</u>. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 5th day of July 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Abbas Kazerounian
Abbas Kazerounian, Esq.
245 Fischer Ave.
Costa Mesa, CA 02626
*Attorneys for Plaintiffs*

**SEVERSON & WERSON**

By: /s/ Rebecca S. Saelao
Mark D. Lonergan, Esq.
Rebecca S. Saelao, Esq.
1 Embarcadero Center, Suite 2600
San Francisco, CA 94111
*Attorneys for Defendant* Wells Fargo Bank, N.A. (sued as "Wells Fargo Home Mortgage")

GRANTED
Judge Richard Seeborg
Date: 7/6/17
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA